NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARREN CRENSHAW AND ALLEN J. CRENSHAW,**
*Claimants-Appellants,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7134

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-3419, Judge Margaret C. Bartley.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Darren Crenshaw and Allen J. Crenshaw's unopposed motion to withdraw their appeal,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

2                                    CRENSHAW v. SHINSEKI

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: December 19, 2013